**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, JOSEPH BRETT ADAIR, RONALD BRIAN EMFINGER, ADAM LUCIO and BRYCE SHELTON,<br><br>Plaintiffs,<br><br>v.<br><br>AL JAZEERA MEDIA NETWORK,<br><br>Defendant. | CASE NO.: 5:25-cv-05891-BLF<br><br>**[~~proposed~~] ORDER EXTENDING TIME TO DISMISS THE CASE** |

Before the Court is the Parties' Status Report on Settlement. The Court, having considered the Report and having found good cause, therefore hereby **ORDERS** that the parties shall have until November 17, 2026 to file their Stipulation of Dismissal.

Dated: 10/19/2026

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE