


Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
145 South Fairfax Avenue
Suite 200, PMB 17382949
Los Angeles, CA 90036
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiffs Global Weather Productions, LLC, Joseph Brett Adair, Ronald Brian Emfinger, Adam Lucio and Bryce Shelton*

Gina Durham (S
**DLA PIPER LL**
555 Mission Stre
San Francisco, Ca
415.836.2500 – Te
415.836.2501 – Fa
Gina.durham@us.dlapiper.com

Oscar Orozco-Botello (SBN 313104)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California, 90067-4735
310.595.3077 – Telephone
310.595.3377 – Facsimile
Oscar.orozco-botello@us.dlapiper.com

*Counsel for Defendant Al Jazeera Media Network*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, JOSEPH BRETT ADAIR, RONALD BRIAN EMFINGER, ADAM LUCIO AND BRYCE SHELTON,<br><br>Plaintiffs,<br><br>v.<br><br>AL JAZEERA MEDIA NETWORK,<br><br>Defendant. | Case No.: 5:25-cv-05891-BLF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Beth Labson Freeman |

Plaintiffs GLOBAL WEATHER PRODUCTIONS, LLC, JOSEPH BRETT ADAIR, RONALD BRIAN EMFINGER, ADAM LUCIO and BRYCE SHELTON and Defendant AL JAZEERA MEDIA NETWORK, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of the instant lawsuit, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: November 17, 2026 Respectfully submitted,

*/s/Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiffs Global Weather Productions, LLC, Joseph Brett Adair, Ronald Brian Emfinger, Adam Lucio and Bryce Shelton*

*/s/ Oscar Orozco-Botello*
GINA DURHAM
OSCAR OROZCO-BOTELLO
**DLA PIPER LLP (US)**
*Counsel for Defendant Al Jazeera Media Network*

**ATTESTATION**

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN